

**NATHANIEL CADE, JR.**
nate@cade-law.com
www.cade-law.com

April 25, 2025

**VIA ELECTRONIC FILING**

United States Court of Appeals
for the Seventh Circuit
219 S. Dearborn Street
Room 2722
Chicago, Illinois 60604

      RE:    Clarification of Exhibits 76-14 and 76-24 as provided to the Court

              <u>Estate of Jay Anderson, Jr. v. Joseph Mensah</u>
              Seventh Circuit Case No.: 24-3054

      The above referenced appeal is before the Court, with oral arguments scheduled for May 14, 2025. Our office recently received notification that district court sent certain supplemental record exhibits to the Court from the underlying case that is the subject of this appeal. *See Estate of Alvin Cole v. Joseph Mensah*, E.D. Wis. Case 21-CV-0848, Dkt. nos. 158-159. The purpose of this letter is to advise the Court with respect to two of the supplied documents, and to note that they are not directly related to this appeal.

      More specifically, the district court sent six specific exhibits from the Declaration of Joseph Roy. District Dkt. 158-159. Roy had supplied a sworn statement in support of three summary judgment motions pertaining to three separate lawsuits that were consolidated for purposes of discovery: Estate of Antonio Gonzales, the Estate of Jay Anderson, Jr, and the Estate of Alvin Cole. Procedurally, at the district court, the case was consolidated to include the three separate fatal shootings by Joseph Mensah from July 16, 2015 through January 2, 2020.

      Joseph Mensah's first shooting occurred on July 16, 2015, and led to the death of Antonio Gonzales. Mensah moved for summary judgment, District Dkt. 69, which went unopposed by Plaintiffs. District Dkt. 110.

      Joseph Mensah's second shooting occurred on June 23, 2016, which led to the death of Jay Anderson, Jr. This matter is currently on appeal with this Court and scheduled for oral arguments on May 14, 2025.

      Joseph Mensah's third shooting occurred on February 2, 2020, leading to the death of Alvin Cole. This matter is set for a re-trial in the Eastern District of Wisconsin on September 8, 2025.

      The various documents supplied to the Court include exhibits that are applicable to the Gonzales and Cole cases and would have no applicability to the Anderson appeal. Specifically the Court received:

- 76-14 = Roy Decl., at Exhibit L – 911 Dispatch Recording (Gonzales case)
- 76-16 = Roy Decl., at Exhibit N – Radio Traffic Transmission (Anderson)
- 76-17 = Roy Decl., at Exhibit O – Mensah Squad (Anderson)
- 76-18 = Roy Decl., at Exhibit P – Mills Squad Video (Anderson)
- 76-24 = Roy Decl., at Exhibit V – Shamsi Video (Cole)

District Dkt. 158. The Court also received the following document:

- 76-19 = Roy Decl., at Exhibit Q – Madison Elementary Video (Anderson)

District Dkt. 159.

It is critical to recognize that two of the above requested exhibits, District Dkt. 76-14 and 76-24 do not relate to the shooting of Anderson. First, there was never a 911 dispatch recording for Anderson, and District Dkt. 76-14 reflects the 911 dispatch call from the Antonio Gonzales shooting that occurred on July 16, 2015. Likewise, District Dkt. 76-24 reflects a squad car camera video for the shooting of Alvin Cole on February 2, 2020, which the only relationship to the Anderson appeal is that Defendant-Appellee was the shooter in all three cases.

Should the Court have any questions regarding the exhibits, please do not hesitate to contact me.

Very truly yours,

Nathaniel Cade, Jr.

NC/cn

cc: All counsel of record (via electronic filing)