Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Amanda E. Melrood
Ryan T. Truesdale



May 29, 2025

U.S. Court of Appeals
United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604

**Re:    Appellees' response to Supplemental Authority under Fed. Rule App. Procedure 28(j)**
*Estate of Jay Anderson, Jr. v. Joseph Mensah*
**Appeal No. 24-3054**

Dear Clerk and Members of the Court:

The U.S. Supreme Court's unanimous ruling in *Barnes v. Felix*, 23-1239 (U.S. May 15, 2025), unified the standard under which federal courts analyze Section 1983 use-of-force claims. The decision ended a circuit split by rejecting the Fifth Circuit's "moment-of-threat" doctrine and mandating a "totality of the circumstances" analysis already employed by the Seventh Circuit.

The question presented in *Barnes* was one of timing alone: whether to look only at the encounter's final two seconds, or to also evaluate earlier events putting those final seconds into context. In rejecting the Fifth Circuit's narrower focus, the Supreme Court affirmed:

> A police officer's use of deadly force violates the Fourth Amendment when it is not "objectively reasonable." *Graham v. Connor*, 490 U. S. 386, 397 (1989). And that inquiry into reasonableness, we have held, requires assessing the "totality of the circumstances." *Id*. at 396 (quoting *Tennessee v. Garner*, 471 U. S. 1, 9 (1985)).

*Barnes*, 605 U.S. __ (2025) at 1.

Appellant is incorrect in arguing that the *Barnes* decision requires that this court reevaluate Officer Mensah's conduct when he encountered Mr. Anderson on June 23, 2016. Here, the district court cited and applied the controlling "totality of the circumstance" approach when it granted summary judgment. (App A 006) Moreover, as noted by Judge Sykes during oral argument, neither party argued for or against the application of the Fifth Circuit's "moment-of-threat" doctrine in the district court or in the presentation of this appeal. (Oral argument recording at 5:28).

Sincerely,
**WIRTH + BAYNARD**

*/s/ electronically signed by Jasmyne M. Baynard*
Jasmyne M. Baynard
9898 West Bluemound Road, Suite 2
Wauwatosa, WI 53226
Phone: (414) 291-7979
Email: jmb@wbattys.com
